**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6644**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

LEVY SAMUEL STEPHEN,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge.  (CR-96-197-5-01-F, CA-99-397-5-F)

———————

Submitted:  September 8, 2003      Decided:  September 25, 2003

———————

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Levy Samuel Stephen, Appellant Pro Se.  Anne Margaret Hayes, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Levy Samuel Stephen seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We vacated and remanded a previous order, finding the district court erred by summarily denying Stephen's claim that he received ineffective assistance of counsel. Upon remand, the district court held an evidentiary hearing and again denied relief. We have independently reviewed the record and conclude that Stephen has not made a substantial showing of the denial of a constitutional right. See Miller-El v. Cockrell, 537 U.S. 322, ___, 123 S. Ct. 1029, 1040 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2